United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANNER SMITH, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-01421 |
| | § | |
| NORDEX USA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 18, 2023, Defendant High Lonesome Wind Power, LLC's Motion to Dismiss (Dkt. 21) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 31. Judge Edison filed a Memorandum and Recommendation on January 30, 2023, recommending that the motion to dismiss be **GRANTED**. Dkt. 32.

On February 10, 2023, Plaintiff Tanner Smith timely filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 32) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant High Lonesome Wind Power, LLC's Motion to Dismiss (Dkt. 21) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 15th day of February 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE